UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYTEC VISION S.P.A.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANZU TECHNOLOGY, LLC,<br><br>　　　　Defendants. | Case No.: C 10-4828 PSG<br><br>**ORDER DENYING DEFENSE COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**[Docket No. 13]** |

On December 28, 2010, counsel for Defendant Anzu Technology ("Anzu") filed a request to appear telephonically at the case management conference set for January 4, 2011. Based on the request and the file herein,

IT IS HEREBY ORDERED that Anzu's request is DENIED. Anzu has not established good cause for requested relief. Anzu contends that traveling to this courthouse from San Diego will place a burden on its counsel. The burden of appearing in court, however, is a normal burden of litigation. Anzu has not shown any specific facts that would warrant relieving it of having its counsel appear in court for the case management conference.

Dated: December 29, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*