UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYTEC VISION S.P.A, <br><br>   Plaintiffs, <br><br>   v. <br><br>ANZU TECHNOLOGY, LLC, <br><br>   Defendant. | Case No.: C 10-04828 PSG <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has been informed that the above-entitled action has reached a tentative settlement, which will be finalized no later than January 31, 2011.  Accordingly,

IT IS HEREBY ORDERED that the parties are required to file a stipulation of dismissal by **February 1, 2011**, and all proceedings in this case are stayed until that date.

IT IS FURTHER ORDERED that if a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 8, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse** for a case management conference.  Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 3, 2011

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER